UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINICK PIZZO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24 CV 736 JMB |
| | ) | |
| WALGREEN CO. and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that pursuant to Plaintiff's Notice of Voluntary Dismissal, Doc. [14], this matter is **DISMISSED with prejudice** with each party to bear their own costs.

_____
MATTHEW T. SCHELP
UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of October, 2024